# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 28, 2022

Lyle W. Cayce
Clerk

No. 20-50622
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Marcelo Ivan Gutierrez-Melendez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:20-CR-5-1

Before Higginbotham, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Marcelo Ivan Gutierrez-Melendez has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gutierrez-Melendez has filed multiple

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-50622

responses.  The record is not sufficiently developed to allow us to make a fair evaluation of Gutierrez-Melendez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Gutierrez-Melendez's responses.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.